UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.W. DOE,<br>　　　　Plaintiff,<br><br>vs.<br><br>THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 20-1321<br><br>SECTION: "T"(5)<br><br>JUDGE GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**NOTICE OF PROCEEDING SUBJECT TO AUTOMATIC REFERENCE TO BANKRUPTCY JUDGE PURSUANT TO LOCAL RULE 83.4.1**

Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**"), through undersigned counsel, respectfully submits this *Notice of Proceeding Subject to Automatic Reference to Bankruptcy Judge Pursuant to Local Rule 83.4.1* and states as follows:

1.

On May 1, 2020, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**"). The Archdiocese's bankruptcy case is designated as *In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (the "**Chapter 11 Case**").

2.

Thereafter, the Archdiocese filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1334 and 1452(a), removing Plaintiff's claims and causes of action asserted in the Civil District Court for the Parish of Orleans to this Court. (R. Doc. 1).

{N4015857.2}

3.

As set forth in the Notice of Removal, 28 U.S.C. § 1452(a) permits removal of "any claim or cause of action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452(a). Section 1334(b), in turn, provides that "the district courts shall have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11." 28 U.S.C. § 1334(b).

4.

A proceeding is "related to" a bankruptcy case if the outcome "could *conceivably* have any effect on the estate being administered in bankruptcy." *See Wood v. Wood (In re Wood),* 825 F.2d 90, 93 (5th Cir. 1987) (quoting *Pacor, Inc. v. Higgins,* 743 F.2d 984, 994 (3d Cir. 1984)) (emphasis in original). As articulated in the Notice of Removal, all claims asserted in the above-captioned matter are related to the Chapter 11 Case and, therefore, fall within federal subject matter jurisdiction under § 1334(b).[1]

5.

The above-captioned matter is one of more than 30 similar civil actions that has been removed to a Section of this Court and that asserts various claims against the Archdiocese and non-debtor co-defendants in connection with alleged abuse by a priest, deacon, or other individual associated with the Archdiocese (collectively, the "**Removed Actions**"). The claims alleged in the Removed Actions include, among other things, negligence, fraudulent concealment, public nuisance, vicarious liability, and respondeat superior.

---

[1] *See* Notice of Removal, R. Doc. 1.

6.

In approximately 25 of the Removed Actions, Plaintiffs' counsel have indicated that they intend to file a motion to remand or to request abstention. While judicial efficiency, economy, and consistency suggest that one judge should determine whether remand or abstention is appropriate, statutory law and this Court's Local Rule mandate reference of the Removed Actions to the Bankruptcy Court.

7.

Where bankruptcy jurisdiction exists, proceedings and matters may be referred to the bankruptcy court pursuant to 28 U.S.C. § 157(a), although 28 U.S.C. § 157(b)(5) requires that personal injury tort claims be tried by the district court.[2]

8.

In exercising its authority under § 157(a), this Court has issued Local Rule 83.4.1, titled "Reference to Bankruptcy Judge," which directs the automatic transfer of all proceedings related to a bankruptcy case "to the bankruptcy judges of this district." Specifically, Local Rule 83.4.1 provides:

> All cases under Title 11 and all proceedings arising under Title 11 or arising in or related to a case under Title 11 are transferred by the district court to the bankruptcy judges of this district. As set forth in 28 U.S.C. 157(b)(5), personal injury tort and wrongful death claims must be tried in the district court.

L.R. 83.4.1.

---

[2] *Compare* 28 U.S.C. § 157(a) ("Each district court may provide that any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 shall be referred to the bankruptcy judges for the district.") *with* 28 U.S.C. § 157(b)(5) ("The district court shall order that personal injury tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending.").

9.

Accordingly, the Archdiocese hereby gives notice that, pursuant to the mandate of Local Rule 83.4.1, the above-captioned matter should be automatically transferred to the Bankruptcy Court for all purposes other than trial of any personal injury tort claims that may be asserted therein.

Respectfully submitted,

*/s/ Wayne G. Zeringue*
WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone: (504) 582-8682
Facsimile: (504) 589-8682
Email: wzeringue@joneswalker.com
jlowenthal@joneswalker.com
jtillery@joneswalker.com
dwegmann@joneswalker.com
akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32039)
DYLAN K. KNOLL (#35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Ave., Suite 3920
New Orleans, LA  70170
Telephone: (504) 522-4756
Facsimile: (504) 568-0783
Email: rbordelon@denechaudlaw.com
tgennardo@denechaudlaw.com
dknoll@denechaudlaw.com

*Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of May 2020, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Wayne G. Zeringue, Jr.*
Wayne G. Zeringue, Jr.
