UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JW DOE | CIVIL ACTION |
| VERSUS | NO.  20-1321 |
| ROMAN CATHOLIC CHURCH OF ARCHDIOCESE OF NEW ORLEANS, ET AL | SECTION   "T" (5) |

### O R D E R

The Court has been notified that the defendant, Roman Catholic Church of the Archdiocese of New Orleans ("the Archdiocese"), has filed for bankruptcy.[1]

Accordingly,

**IT IS ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the Archdiocese's bankruptcy proceedings.  Any party may file a written motion to reopen these proceedings within **THIRTY (30) DAYS** after the bankruptcy stay is terminated

New Orleans, Louisiana, this 28th day of September, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 15