UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JW DOE** | **CIVIL ACTION** |
| Plaintiff, | NO. 20-cv-1321 |
| v. | SECTION "T"(5) |
| | GGG-MBN |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | |
| Defendants. | |

**PLAINTIFF'S MOTION TO UNSEAL**
**THE DEPOSITON OF LAWRENCE HECKER and**
**RE-DESIGNATE DOCUMENTS AS "NON-CONFIDENTIAL"**

**NOW INTO COURT** comes plaintiff J.W. Doe, through undersigned counsel, who respectfully requests that this Court unseal the deposition transcript of defendant Lawrence Hecker along with the documents attached to the deposition transcript.

**WHEREFORE**, Plaintiff J.W. Doe respectfully requests that the motion be granted and that the deposition of Lawrence Hecker be unsealed and re-designate documents as "non-confidential."

Respectfully submitted,

/s/ Richard C. Trahant
RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

1

SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

*Attorneys for J.W. Doe*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on December 23, 2020.

/s/ Richard C. Trahant
RICHARD C. TRAHANT