# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JW DOE** | CIVIL ACTION |
| Plaintiff, | NO. 20-cv-1321 |
| v. | SECTION "T" (5) |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | GGG-MBN |
| Defendants. | |

# EXHIBITS 1-4
# FILED UNDER SEAL