UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JW DOE** | : | CIVIL ACTION |
| Plaintiff, | : | NO. 20-cv-1321 |
| v. | : | SECTION "T"(5) |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | : | |
| Defendants. | : | |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff who pursuant to Local Rule 78.1E, respectfully requests oral argument in reference to *Motion to Unseal the Deposition of Lawrence Hecker and Re-Designate Documents as "Not Confidential"* filed by Plaintiff [Rec. Doc. 26] to be heard on January 20, 2020 at 11:00 o'clock a.m.

Signed this 23rd day of December, 2020.

                                                                Respectfully submitted,

                                                                /s/ Richard C. Trahant
                                                                RICHARD C. TRAHANT (# 22653)
                                                                ATTORNEY AT LAW
                                                                2908 Hessmer Avenue
                                                                Metairie, LA 70002
                                                                Telephone: (504) 780-9891
                                                                FAX: (504) 780-9891
                                                                Email: trahant@trahantlawoffice.com

                                                              -AND-

SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

*Attorneys for J.W. Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on December 23, 2020.


/s/ Richard C. Trahant
RICHARD C. TRAHANT