UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JW DOE** | : | CIVIL ACTION |
| Plaintiff, | : | NO. 20-cv-1321 |
| v. | : | SECTION "T" (5) |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | : | GGG-MBN |
| Defendants. | : | |

## ORDER

**CONSIDERING THE FOREGOING** *Motion for Leave to File Exhibits 1-4 Under Seal*,

**IT IS ORDERED** that the motion is GRANTED and Exhibits 1-4 to *Plaintiff's Motion to Unseal the Deposition of Lawrence Hecker and Re-Designate Documents as "Non-Confidential"* be filed into the record Under Seal.

DONE THIS  29th  day of  December , 2020.

_____
MAG. JUDGE MICHAEL B. NORTH