UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **J.W. DOE,** **Plaintiff** | * * | **CIVIL ACTION** |
| | * | **NO. 20-cv-1321** |
| v. | * * | **SECTION "T" (5)** |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al.,** **Defendants** | * * * * | **GGG-MBN** |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Pleadings and Exhibits under Seal, and finding that the interests of justice favor nondisclosure <u>temporarily</u>, pending a more thorough analysis,

**IT IS ORDERED** that the motion is **GRANTED** and the Attorneys' *Motion to Intervene by Attorneys of the Roman Catholic Church of the Archdiocese of New Orleans*; *Memorandum in Support of Motion to Intervene by Attorneys of the Roman Catholic Church of the Archdiocese of New Orleans*; and *Ex Parte Motion for Expedited Consideration of the Motion to Intervene, or Alternatively, Motion to Continue the Submission Date of the Motion to Unseal*, along with any accompanying exhibits to these pleadings, be filed into the record under seal.

New Orleans, Louisiana, this  14th  day of        January       , 2021.

_____
UNITED STATES MAGISTRATE JUDGE