UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| J.W. DOE | : | NO. 20-cv-1321 |
| Plaintiff, | : | |
| v. | : | JUDGE GREG GUIDRY |
| ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al | : | MAG. NORTH |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF MOTION TO UNSEAL
THE DEPOSITON OF LAWRENCE HECKER and
RE-DESIGNATE DOCUMENTS AS "NON-CONFIDENTIAL"**

**NOW INTO COURT** comes plaintiff J.W. Doe, through undersigned counsel, who moves for leave to file this reply memorandum in further support of his *Motion to Unseal the Deposition of Lawrence Hecker and Re-Designate Documents as "Non-Confidential"* (Rec. Doc. 26).

WHEREFORE plaintiff prays that this motion be GRANTED and that the proposed pleading and exhibits attached thereto be filed into the record.

Respectfully submitted,

/s/ Richard C. Trahant
RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

1

        SOREN E. GISLESON La Bar No. 26302
        HERMAN, HERMAN & KATZ
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Tel: (504) 581-4892
        Fax: (504) 561-6024
        Email: sgisleson@hhklawfirm.com

        -AND-

        JOHN H. DENENEA, JR. (#18861)
        SHEARMAN~DENENEA, L.L.C.
        4240 Canal Street
        New Orleans, LA  70119
        Telephone: (504) 304-4582
        FAX: (504) 304-4587
        jdenenea@midcitylaw.com

        *Attorneys for J.W. Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 18th day of January, 2021.

        /s/ Richard C. Trahant
        RICHARD C. TRAHANT