UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J. W. DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1321** |
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL** | **SECTION: "T" (5)** |

## ORDER

This Court Stayed proceedings and administratively closed this captioned matter on September 28, 2020, pending resolution of the bankruptcy of the Roman Catholic Church of the Archdiocese of New Orleans (R. Doc. 17).

As an **ADDENDUM** to said Order:

**IT IS FURTHER ORDERED** that Defendants, through counsel for the Defendants, advise this Court the status of the bankruptcy of the Roman Catholic Church of the Archdiocese of New Orleans. Furthermore, Defendant, through counsel for the Defendants, are to provide this Court with a status of the bankruptcy every 90 days, until which time the parties seek to reopen the this action either when the bankruptcy is resolved or when good cause exists therefor.

New Orleans, Louisiana, this 29th day of March, 2021.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**