**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **J.W. DOE**          **Plaintiff** | **CIVIL ACTION NO:  20-1321** |
| **versus** | **SECTION:  "T"(5)** |
| **ARCHDIOCESE OF NEW ORLEANS** **INDEMNITY, INC., et. al.** | **JUDGE GREG GERARD GUIDRY** |
| **Defendants** | **MAGISTRATE JUDGE** **MICHAEL B. NORTH** |

**STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT,**
**THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order (R. Doc. 59), Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby alerts the Court to the status of its bankruptcy case.

1.

On May 1, 2020, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**"). The Archdiocese's bankruptcy case is designated as *In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (the "**Chapter 11 Case**").

2.

The Official Committee of Unsecured Creditors (the "**Committee**") was appointed by the Office of the United States Trustee (the "**UST**") on May 20, 2020 [Bankruptcy Court, ECF No. 94] and reconstituted on June 10, 2020 [Bankruptcy Court, ECF No. 151] and October 8, 2020 [Bankruptcy Court, ECF No. 478].

3.

On February 8, 2021, the Bankruptcy Court ordered the UST to appoint an additional committee of commercial unsecured creditors. [Bankruptcy Court, ECF No. 746]. The Official Committee of Unsecured Commercial Creditors (the "**Commercial Committee**") was appointed by the UST on March 5, 2021. [Bankruptcy Court, ECF Nos. 772 and 792].

4.

The deadline for filing sexual abuse proofs of claim against the Debtor expired on March 1, 2021, at 5:00 p.m. CST. [Bankruptcy Court, ECF No. 461].

5.

On March 12, 2021, the Bankruptcy Court entered an Order [Bankruptcy Court, ECF No. 778] that granted the Debtor's second motion to extend its exclusivity periods for filing and soliciting acceptances of a chapter 11 plan [Bankruptcy Court, ECF No. 762]. Specifically, the Order extended the period under § 1121(b) of the Bankruptcy Code during which the Debtor has the exclusive right to file a chapter 11 plan to and including June 29, 2021, and extended the period under § 1121(c)(3) of the Bankruptcy Code during which the Debtor has the exclusive right to obtain acceptances of a chapter 11 plan to and including August 30, 2021.

6.

The Debtor intends to negotiate with the Committee and the Commercial Committee about potential plans of reorganization to consensually resolve the Chapter 11 Case and anticipates that a mediation will be scheduled in the upcoming months.

7.

On March 25, 2021, the Committee filed a motion to compel the Debtor's production of documents responsive to certain document requests pursuant to Rule 2004 of the Federal Rules of

Bankruptcy Procedure (the "**Motion to Compel**") [Bankruptcy Court, ECF No. 804]. A telephonic hearing on the Motion to Compel will be conducted on April 15, 2021, at 1:30 p.m. CST. [Bankruptcy Court, ECF No. 806].

Respectfully submitted,

*/s/ Allison B. Kingsmill*

WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone:     504-582-8682
Facsimile:      504-589-8682
Email:          wzeringue@joneswalker.com
                jlowenthal@joneswalker.com
                jtillery@joneswalker.com
                dwegmann@joneswalker.com
                akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32029)
DYLAN K. KNOLL (# 35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Avenue, Suite 3920
New Orleans, LA 70170
Telephone:     504-522-4756
Facsimile:      504-568-0783
Email:          rbordelon@denechaudlaw.com
                tgennardo@denechaudlaw.com
                dknoll@denechaudlaw.com

***Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of March, 2021, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

/s/ Allison B. Kingsmill
Allison B. Kingsmill