UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J.W. DOE**          **Plaintiff**<br><br>**versus**<br><br>**ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et. al.**<br><br>                    **Defendants** | **CIVIL ACTION NO: 20-1321**<br><br>**SECTION: "T"(5)**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

**FOURTH STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT,
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order [R. Doc. 59], Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's First, Second, and Third Status Reports submitted on March 30, 2021 [R. Doc. 60], June 28, 2021 [R. Doc. 61], and September 27, 2021 [R. Doc. 62], respectively, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

2.

In accordance with the Bankruptcy Court's *Order Granting Joint Motion to Appoint Mediator* [Bankruptcy Court, ECF No. 1058], the parties are preparing for mediation and expect to attend an initial mediation session in February 2022.

{N4483620.1}

3.

The Debtor and the Official Committee of Unsecured Creditors (the "**Tort Committee**") continue to engage in good-faith discussions regarding the status of the Debtor's production in connection with the Tort Committee's motion to compel [Bankruptcy Court, ECF No. 804], and the matter has been continued to January 20, 2022 at 1:30 p.m. [Bankruptcy Court, ECF No. 1203].

Respectfully submitted,

*/s/ Allison B. Kingsmill*
WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone:  504-582-8682
Facsimile:  504-589-8682
Email:  wzeringue@joneswalker.com
jlowenthal@joneswalker.com
jtillery@joneswalker.com
dwegmann@joneswalker.com
akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32029)
DYLAN K. KNOLL (# 35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Avenue, Suite 3920
New Orleans, LA 70170
Telephone:  504-522-4756
Facsimile:  504-568-0783
Email:  rbordelon@denechaudlaw.com
tgennardo@denechaudlaw.com
dknoll@denechaudlaw.com

*Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 27, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Allison B. Kingsmill*
Allison B. Kingsmill