# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J. W. DOE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 20-1321** |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL.** | **SECTION: "T" (5)** |

## ORDER

**IT IS ORDERED** that an in-person status conference is scheduled in the above-captioned lawsuit on **April 7, 2022 at 10:00 a.m.** before Magistrate Judge Michael B. North, Courtroom B407, Hale Boggs Federal Building, 500 Poydras Street, New Orleans.

New Orleans, Louisiana, this 30th day of March, 2022.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**