UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J.W. DOE**      **Plaintiff**<br><br>**versus**<br><br>**ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et. al.**<br><br>            **Defendants** | **CIVIL ACTION NO: 20-1321**<br><br>**SECTION: "T"(5)**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

**RESPONSE TO MOTION BY NON-PARTY OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PERMITTING PRODUCTION OF TRANSCRIPT OF LAWRENCE HECKER**

This response is filed on behalf of Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**") in response to the *Motion by Non-Party Official Committee of Unsecured Creditors for Order Permitting Production of Transcript of Lawrence Hecker* (the "**Motion**"). The Official Committee of Unsecured Creditors (the "**Committee**") requests that the Court authorize the Archdiocese to produce a copy of the deposition transcript of Defendant Lawrence Hecker in response to discovery by the Committee to the Archdiocese in the related bankruptcy proceeding filed by the Archdiocese (the "**Bankruptcy Proceeding**")[1] in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**"). As explained below, the Archdiocese does not object to this Court authorizing the Archdiocese to produce the deposition transcript to counsel for the Committee subject to the terms of the Bankruptcy Court's Protective Order.

---

[1] The Bankruptcy Proceeding is designated *In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846.

{N4550120.2}

## DISCUSSION

On December 14 and 15, 2020, Plaintiff took the deposition of Defendant Lawrence Hecker ("**Hecker Deposition**") in this case.

Prior to the deposition, on December 1, 2020, the Court ordered that the Hecker Deposition would be sealed until a protective order was entered:

> The transcripts of [the] depositions will initially be sealed as a prophylactic measure. A protective order akin to the one in place in 20-CV-1321 is to be submitted to the Court for its approval and use in 20-CV-1338. Confidentiality designations should be made pursuant to the terms of those protective orders.

Rec. Doc. 24.

On December 29, 2020, Plaintiff filed a Motion to Unseal the Deposition of Lawrence Hecker and Re-Designate Documents as Non-Confidential. Rec. Doc. 29. On January 27, 2021, the Court denied Plaintiff's motion to unseal the Hecker Deposition. Rec. Doc. 57.

On January 28, 2021, the Court entered a Protective Order (the "**J.W. Doe Protective Order**") to protect the confidentiality of discovery materials, including depositions, in this case. Rec. Doc. 56. The J.W. Doe Protective Order precludes counsel for any party from disclosing or using any confidential discovery material "for any purpose whatsoever other than in this litigation." Rec. Doc. 56.

On or around July 22, 2021, counsel for the Committee requested that the Archdiocese produce a copy of the Hecker Deposition in response to the Committee's discovery requests in the Bankruptcy Proceeding. At that time, counsel for the Archdiocese explained that it had no objection to producing the Hecker Deposition subject to the current terms of the Bankruptcy Court's Protective Order, but because the terms of this Court's Protective Order provided that the

deposition was confidential as to the parties (including the Archdiocese, the Plaintiff, and Defendant Lawrence Hecker) and could not be used "for any purpose whatsoever other than in this litigation," the Committee would need to file a motion in this case requesting authorization for the Archdiocese to produce it.

In the Bankruptcy Proceeding, there is a Protective Order currently in place to protect the confidentiality of discovery material and limit access to such material to certain individuals. Rec. Doc. 729, 885, and 1129. Most recently, on March 2, 2022, the Bankruptcy Court entered an Order further limiting access to confidential discovery material to certain counsel for the Committee, including the attorneys of Locke Lord LLP and Pachulski, Stang, Ziehl & Jones. Rec. Doc. 1336. The Bankruptcy Court entered this order for reasons relating to a motion filed under seal in the Bankruptcy Court.

The Hecker Deposition discusses highly confidential, sensitive, documents, many of which have already been produced and designated as confidential in the Bankruptcy Proceeding. Accordingly, the Archdiocese does not object to producing the Hecker Deposition as long as it is maintained as confidential pursuant to the current terms of the Bankruptcy Court's Protective Order, that is, subject to Locke Lord and Pachulski Stang attorneys' eyes only, unless and until further ordered by the Bankruptcy Court.

## CONCLUSION

For the foregoing reasons, the Archdiocese does not object to producing the Hecker Deposition as long as it is produced and maintained as confidential pursuant to the current terms of the Bankruptcy Court's Protective Order. The current Protective Order provides that discovery material may only be disclosed to certain counsel for the Committee, Locke Lord LLP and Pachulski, Stang, Ziehl & Jones. Therefore, at this time, until further amendment by the

Bankruptcy Court, the Hecker Deposition should only be produced to the attorneys for the Committee from Locke Lord LLP and Pachulski, Stang, Ziehl & Jones.

Respectfully submitted,

*/s/ Allison B. Kingsmill*
WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone: 504-582-8682
Facsimile: 504-589-8682
Email: wzeringue@joneswalker.com
jlowenthal@joneswalker.com
jtillery@joneswalker.com
dwegmann@joneswalker.com
akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32029)
DYLAN K. KNOLL (# 35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Avenue, Suite 3920
New Orleans, LA 70170
Telephone: 504-522-4756
Facsimile: 504-568-0783
Email: rbordelon@denechaudlaw.com
tgennardo@denechaudlaw.com
dknoll@denechaudlaw.com

*Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of April, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Allison B. Kingsmill*
Allison B. Kingsmill