UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.W. DOE<br>    **Plaintiff**<br>versus<br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL<br>    **Defendants** | CIVIL ACTION NO: 20-1321<br><br>SECTION: "T"(5)<br><br>JUDGE GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

**SIXTH STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT,
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order [R. Doc. 59], Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's prior Status Reports submitted on March 30, 2021 [R. Doc. 60], June 28, 2021 [R. Doc. 61], September 27, 2021 [R. Doc. 62], December 27, 2021 [R. Doc. 63], and March 28, 2022 [R. Doc. 66], respectively, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re The Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

2.

On June 7, 2022, the Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") attended an initial mediation session with the Honorable Gregg W. Zive.

3.

The Debtor and the Committee continue to engage in good-faith discussions regarding the status of the Debtor's production in connection with the Committee's motion to compel [Bankruptcy Court, ECF No. 804], and the matter has been continued to July 21, 2022 at 1:30 p.m. [Bankruptcy Court, ECF No. 1604].

Respectfully submitted,

*/s/ Allison B. Kingsmill*
WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone:    504-582-8252
Facsimile:    504-589-8252
Email:    wzeringue@joneswalker.com
jlowenthal@joneswalker.com
jtillery@joneswalker.com
dwegmann@joneswalker.com
akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32029)
DYLAN K. KNOLL (# 35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Avenue, Suite 3920
New Orleans, LA 70170
Telephone:    504-522-4756
Facsimile:    504-568-0783
Email:    rbordelon@denechaudlaw.com
tgennardo@denechaudlaw.com
dknoll@denechaudlaw.com

***Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 27, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

                                            */s/ Allison B. Kingsmill*
                                            Allison B. Kingsmill