# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J. W. DOE | CIVIL ACTION |
| VERSUS | NUMBER: 20-1321 |
| ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., ET AL. | SECTION: "T"(5) |

## ORDER

In light of certain changed circumstances and pursuant to 28 U.S.C. § 456(a), the undersigned hereby recuses himself in the above-captioned case.

New Orleans, Louisiana, this 17th day of October, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

10/17/22
REALLOTTED TO
**MAG 3**