UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J.W. DOE**<br>　　　　　　**Plaintiff**<br>versus<br>**ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL**<br>　　　　　　**Defendants** | CIVIL ACTION NO: 20-1321<br><br>SECTION: "T"(3)<br><br>JUDGE GREG GERARD GUIDRY<br><br>MAGISTRATE JUDGE<br>DANA DOUGLAS |

**EIGHTH STATUS REPORT REGARDING BANKRUPTCY OF DEFENDANT,
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to this Court's Order [R. Doc. 59], Defendant, The Roman Catholic Church of the Archdiocese of New Orleans (the "**Archdiocese**" or "**Debtor**"), through undersigned counsel, hereby submits the following update regarding the status of its bankruptcy case:

1.

As detailed in the Archdiocese's prior Status Reports submitted on March 30, 2021 [R. Doc. 60], June 28, 2021 [R. Doc. 61], September 27, 2021 [R. Doc. 62], December 27, 2021 [R. Doc. 63], March 28, 2022 [R. Doc. 66], June 27, 2022 [R. Doc. 72], and September 26, 2022 [R. Doc. 73], respectively, the Archdiocese filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "**Bankruptcy Court**") on May 1, 2020. *See In re Roman Catholic Church of the Archdiocese of New Orleans,* Case No. 20-10846 (Bankr. E.D. La.) (the "**Chapter 11 Case**").

#100860118v1

2.

On August 22, 2022, the Bankruptcy Court entered an Order Extending Appointment of Mediator [Bankruptcy Court, ECF No. 1747], by which the Bankruptcy Court extended Judge Zive's assignment as mediator to and including March 31, 2023.

3.

The Debtor and the Official Committee of Unsecured Creditors (the "**Committee**") continue to engage in good-faith discussions regarding the status of the Debtor's production in connection with the Committee's motion to compel [Bankruptcy Court, ECF No. 804], and the matter has been continued to January 19, 2022 at 1:30 p.m. [Bankruptcy Court, ECF No. 1986].

*[Signature Page Follows]*

#100860118v1

Respectfully submitted,

*/s/ Allison B. Kingsmill*
WAYNE G. ZERINGUE, JR. (#18516)
JOSEPH J. LOWENTHAL, JR. (#08909)
JEFFERSON R. TILLERY (#17831)
EDWARD D. WEGMANN (#13315)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170
Telephone:   504-582-8252
Facsimile:   504-589-8252
Email:   wzeringue@joneswalker.com
         jlowenthal@joneswalker.com
         jtillery@joneswalker.com
         dwegmann@joneswalker.com
         akingsmill@joneswalker.com

and

RICHARD A. BORDELON (#14091)
TODD R. GENNARDO (#32029)
DYLAN K. KNOLL (# 35507)
Denechaud and Denechaud, L.L.C.
201 St. Charles Avenue, Suite 3920
New Orleans, LA 70170
Telephone:   504-522-4756
Facsimile:   504-568-0783
Email:   rbordelon@denechaudlaw.com
         tgennardo@denechaudlaw.com
         dknoll@denechaudlaw.com

***Attorneys for Defendant, The Roman Catholic Church of the Archdiocese of New Orleans***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 27, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Allison B. Kingsmill*
Allison B. Kingsmill

#100860118v1