UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JW DOE | : | NO. 20-cv-1321 |
| Plaintiff, | : | JUDGE MILAZZO |
| v. | : | MAGISTRATE DOUGLAS |
| ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al | : | |
| Defendants. | : | |

### *SECOND* MOTION TO UNSEAL THE DEPOSITION OF LAWRENCE HECKER AND REFER TO LAW ENFORCEMENT

**NOW INTO COURT** comes plaintiff J.W. Doe, through undersigned counsel, who respectfully requests that this Court unseal the deposition transcript of defendant Father Lawrence Hecker (Hecker) along with the documents attached to the deposition transcript. (The two-volume deposition transcript is attached as Exhibit 1, the pertinent exhibits to the deposition are attached as Exhibit 2 *en globo*, and the video of the deposition is attached as Exhibit 3. Exhibits 1-3 will be filed under seal). Plaintiff moves the Court for an order as follows: (1) unsealing the deposition and exhibits; and (2) authorizing criminal referral to the appropriate local, state, and federal authorities. In fact, law enforcement has recently requested access to these documents, but Plaintiff's counsel has told them that now-recused Magistrate Judge North's Order sealing these documents prevents them from disclosure.

1

Respectfully submitted,

/s/ Soren E. Gisleson
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

-AND-

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
Fax: (504) 780-9891
Email: trahant@trahantlawoffice.com
*Attorneys for J.W. Doe*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 17th day of May 2023.

/s/ Soren E. Gisleson
SOREN E. GISLESON