UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JW DOE<br><br>　　　　　Plaintiff,<br>v.<br><br>ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al<br><br>　　　　　Defendants. | NO. 20-cv-1321<br><br>JUDGE MILAZZO<br><br>MAGISTRATE DOUGLAS |

PLAINTIFF'S MEMORANDUM IN SUPPORT OF
*SECOND* MOTION TO UNSEAL THE DEPOSITION OF LAWRENCE HECKER
AND REFER TO LAW ENFORCEMENT

# EXHIBIT 1

Deposition of Fr. Lawrence Hecker (Volumes 1 & 2)

# FILED UNDER SEAL