**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JW DOE** : | NO. 20-cv-1321 |
| : | |
| Plaintiff, : | JUDGE MILAZZO |
| v. : | MAGISTRATE DOUGLAS |
| : | |
| **ARCHDIOCESE OF NEW ORLEANS** : | |
| **INDEMNITY, INC., et al** : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
***SECOND* MOTION TO UNSEAL THE DEPOSITION OF LAWRENCE HECKER**
**AND REFER TO LAW ENFORCEMENT**

# EXHIBIT 3

**Video Files of Deposition of Fr. Lawrence Hecker**
**(Volumes 1 & 2)**

# FILED UNDER SEAL
## & MANUALLY ATTACHED VIA FLASH DRIVES