UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JW DOE | NO. 20-cv-1321 |
| Plaintiff, | JUDGE MILAZZO |
| v. | MAGISTRATE DOUGLAS |
| ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al | |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff who pursuant to Local Rule 78.1E, respectfully requests oral argument in reference to their *Second Motion to Unseal the Deposition of Lawrence Hecker and Refer to Law Enforcement* [Rec. Doc. 79] to be heard before the Honorable Jane Triche Milazzo, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on June 7, 2023, at 9:30 o'clock a.m.

        Respectfully submitted,

        /s/ Soren E. Gisleson
        SOREN E. GISLESON La Bar No. 26302
        HERMAN, HERMAN & KATZ
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Tel: (504) 581-4892
        Fax: (504) 561-6024
        Email: sgisleson@hhklawfirm.com

        -AND-

        JOHN H. DENENEA, JR. (#18861)
        SHEARMAN~DENENEA, L.L.C.

4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

-AND-

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
Fax: (504) 780-9891
Email: trahant@trahantlawoffice.com
*Attorneys for J.W. Doe*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 17th day of May 2023.

/s/ Soren E. Gisleson
SOREN E. GISLESON