UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **J W DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1321** |
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL.** | **SECTION "H"** |

## ORDER

Before the Court is Plaintiff's Request for Oral Argument on its Motion to Unseal (Doc. 81).

Accordingly;

**IT IS ORDERED** that the request is **GRANTED**, and oral argument is **SET** for June 15, 2023 at 9:30 a.m.

**IT IS FURTHER ORDERED** that each party is limited to 7 minutes of argument.

**IT IS FURTHER ORDERED** that this Order shall not be interpreted to alter the briefing deadlines for Plaintiff's Motion to Unseal (Doc. 79), and all briefs shall be submitted by the submission date of June 7, 2023 in accordance with local rules, unless an extension is requested.

New Orleans, Louisiana, on this 18th day of May, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**