UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JW DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1321** |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | **SECTION H** |

MEMORANDUM IN SUPPORT OF EX-PARTE MOTION FOR LEAVE TO FILE AMICUS CURIAE MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S SECOND MOTION TO UNSEAL THE DEPOSITION OF LAWRENCE HECKER AND <u>REFER TO LAW ENFORCEMENT</u>

    NOW INTO COURT, comes the District Attorney for the Parish of Orleans in the State of Louisiana, who seeks to appear as Amicus Curiae for the limited purpose of the upcoming ruling on the Plaintiff's Second Motion to Unseal the Deposition of Lawrence Hecker and Refer to Law Enforcement. Plaintiff asks this Court to unseal certain documents and authorize the appropriate authorities to investigate any criminal activity.

    The District Attorney has the duty to prosecute crimes that are perpetrated within Orleans Parish. Pursuant to that duty when a crime has been alleged the District Attorney is able to investigate that crime to determine whether formal charges are warranted. The pending motion directly affects the function and duty of the proposed Amicus Curiae, whose perspective on the matter may be helpful to the Court.

    Respectfully Submitted,

    <u>/s/ Jason Rogers Williams</u>
    Jason Rogers Williams, Bar No. 32680
    District Attorney for the Parish of Orleans
    619 South White Street
    New Orleans, LA 70119
    (504) 822-2414
    jrw@orleansda.com

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing has been served upon all counsel of record by operation of the Court's electronic filing system on this 6th day of June, 2023.

                                                       /s/ Jason Rogers Williams
                                                   Jason Rogers Williams