UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JW DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1321** |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | **SECTION H** |

## ORDER

CONSIDERING THE FOREGOING EX-PARTE MOTION to file Amicus Curiae memorandum, it is hereby GRANTED, and it is ORDERED that the Amicus Curiae memorandum be submitted into and made part of the record in this matter.

_____
Hon. Jane Triche Milazzo
United States District Court Judge
Eastern District of Louisiana

NEW ORLEANS, LOUISIANA,
this, the  7th  day of _____June_____, 2023.