UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JW DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1321** |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | **SECTION H** |

AMICUS CURIAE MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S<br>
SECOND MOTION TO UNSEAL THE DEPOSITION OF LAWRENCE HECKER AND<br>
<u>REFER TO LAW ENFORCEMENT</u>

Now Into Court, comes the District Attorney for the Parish of Orleans in the State of Louisiana, who seeks to appear as Amicus Curiae for the limited purpose of the upcoming ruling on the Plaintiff's Second Motion to Unseal the Deposition of Lawrence Hecker and Refer to Law Enforcement. Plaintiff asks this Court to unseal certain documents and authorize the appropriate authorities to investigate any criminal activity.

The District Attorney has the duty to prosecute crimes that happen within Orleans Parish. Pursuant to that duty when a crime has been alleged the District Attorney is able to investigate that crime to determine whether formal charges are warranted. The pending motion directly affects the District Attorney's obligations to the citizens of New Orleans.

The continued sealing of the documents in this case serves as a major impediment to a proper investigation. Sworn deposition testimony concerning the commission of a crime should not be withheld from a prosecutorial authority merely because reputations may be harmed. Evidence that a crime has been committed should be brought before the proper court.

The documents in this case may be the best evidence that a crime has occurred, yet the documents cannot be used until this Court unseals the documents or modifies its protective order to allow a prosecutorial agency to us the documents in furtherance of a timely instituted

prosecution. As such, even if this Court is of the opinion that unsealing the documents is a step too far, at the very least the documents should be made available to law enforcement and prosecutors with proper jurisdiction.

## CONCLUSION

The District Attorney prays that this Court grant the Plaintiff's second motion to unseal, or in the alternative grant the relief that would allow any sealed documents to be reviewed, copied, and used for prosecution by the District Attorney.

Respectfully Submitted,

   /s/ Jason Rogers Williams
Jason Rogers Williams, Bar No. 32680
District Attorney for the Parish of Orleans
619 South White Street
New Orleans, LA 70119
(504) 822-2414
jrw@orleansda.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by operation of the Court's electronic filing system on this 6th day of June, 2023.

   /s/ Jason Rogers Williams
Jason Rogers Williams