UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

J.W. DOE                                       CIVIL ACTION

VERSUS                                         NO: 20-1321

ROMAN CATHOLIC CHURCH                          SECTION "H"
OF THE ARCHDIOCESE OF
NEW ORLEANS ET AL.

## ORDER

Before the Court is Plaintiff's Motion to Disqualify Judge (Doc 113).

**IT IS ORDERED** that the Motion shall be considered on an expedited basis. Any opposition thereto shall be filed by June 28, 2023.

New Orleans, Louisiana this 23rd day of June, 2023.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE