**MINUTE ENTRY**
**MILAZZO, J.**
**June 30, 2023**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **J W DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-1321** |
| **ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, ET AL.** | **SECTION "H"** |

**MINUTE ENTRY**

On June 30, 2023, the Court held a telephone status conference. John Denenea participated on behalf of Plaintiff; Allison Kingsmill and Edward Wegmann participated on behalf of Roman Catholic Church of the Archdiocese of New Orleans; Eugene Redmann participated on behalf of Lawrence Hecker; David Walle participated on behalf of Catholic Mutual Relief Society of America; and Omer Kuebel III participated on behalf of the Official Committee of Unsecured Creditors.

**IT IS ORDERED** that Plaintiff's Motion to Recuse (Doc. 113) is **DENIED**, with reasons to follow.

**IT IS FURTHER ORDERED** that the parties shall file by July 5, 2023 at 4:00p.m. any objections to the appointment of a special master pursuant to

Federal Rule of Civil Procedure 53 or recommendations for the selection thereof.

(JS-10:15)